No. 63124.—F. C. Mackay *v.* United States, protests 239921–K, 239923–K, and 239924–K (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of fresh or frozen boneless pork similar in all material respects to that the subject of Abstract 59714, the claim of the plaintiff was sustained.

No. 63125.—International Expediters, Inc. *v.* United States, protest 58/16911 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63126.—J. J. Boll *v.* United States, protests 58/17364 and 58/17365 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protests were dismissed for lack of prosecution.

No. 63127.—D'Italia Sportswear, Ltd. *v.* United States, protest 58/19316 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63128.—Hall Brothers *v.* United States, protest 58/19490 (New York).

Opinion by RICHARDSON, J. In accordance with rule 5(b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.

No. 63129.—Homestrand, Inc. *v.* United States, protest 58/17712 (New York).

Opinion by RICHARDSON, J. Since the protest was filed more than 60 days after liquidation, it was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.